LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| LISA FAVELL, | ) | No.  EDCV 09-263 PJW |
| | ) | |
|    Plaintiff, | ) | [PROPOSED] ORDER AWARDING EAJA FEES |
| | ) | |
|    v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
|    Defendant. | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($2,300.00) subject to the terms of the stipulation.

    DATE:  <u>August 29, 2011</u>    <u>*Patrick J. Walsh*</u>

                                    HON. PATRICK J. WALSH
                                    UNITED STATES MAGISTRATE JUDGE